**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Charles Martin,

           Plaintiff,

v.

Commissioner of Social Security,

           Defendant.
_____/

Case No: 14-14343

Honorable Victoria A. Roberts

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On January 19, 2016, Magistrate Judge Whalen issued a Report and Recommendation [Doc.15], recommending that Defendant's Motion for Summary Judgment [Doc. 14] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 13] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**.

Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: February 11, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 11, 2016.

S/Linda Vertriest
Deputy Clerk